UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TODD STEVENS, | Case No. 1:26-cv-02353-JLT-CDB (SS) |
| Plaintiff, | ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 11) |
| Defendant. | |

Pending before the Court is the stipulated request of Plaintiff Christopher Todd Stevens to extend the deadline to file a motion for summary judgment, from June 29, 2026, through and including July 10, 2026. (Doc. 11). In support, the parties represent that Plaintiff's counsel has nine briefs due during the weeks of June 29 and July 6, 2026, and requires additional time to brief the issues in this action. *Id.* at 2.

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **July 10, 2026**. The opposition and optional reply shall be filed consistent with the Court's scheduling order. (Doc. 4).

IT IS SO ORDERED.

Dated:   **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE