**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER TODD STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:26-cv-2353 JLT CDB<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 14, 16) |

The parties in this case stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 16.) Pursuant to the stipulation, an administrative law judge shall "take any steps necessary to fully develop the administrative record," including obtaining supplemental vocational expert evidence if necessary; offer Plaintiff the opportunity for a new hearing; re-evaluate the prior record and residual functional capacity; and issue a new decision. (*Id.* at 1.) The parties also agree that the Curt should enter judgment in favor of Plaintiff and against the Commissioner. (*Id.* at 2.) Based upon the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's motion for summary judgment (Doc. 14) is terminated as **MOOT**.
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Christopher Todd Stevens and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: _August 5, 2026_

UNITED STATES DISTRICT JUDGE